IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| KATHY CLOAR, | ) |
| PLAINTIFF, | ) |
| vs. | ) No. 1-05-1150-TAn |
| KOHLER COMPANY, | ) |
| DEFENDANT. | ) |

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO FILE ANSWER

This case came on for consideration by this Court on Defendant's Motion for Extension of Time to File Answer and the entire record in this case from all of which it appears to this Court that good cause exists to grant Defendant's Motion for Extension of Time to File Answer.

Defendant shall have until October 19th, 2005 to serve its Answer in this case.

IT IS SO ORDERED.

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 14, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/18/05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01150 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

W. Stephen Gardner
YOUNG & PERL, P.C.
One Commerce Square
Ste. 2380
Memphis, TN 38103

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT