IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| KATHY CLOAR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1-05-1150-TAn ) |
| KOHLER COMPANY | ) ) |
| Defendant. | ) ) ) |

RULE 16(b) SCHEDULING ORDER

Pursuant to Rule 26(f) and Rule 16 (b) of the Federal Rules of Civil Procedure, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (Rule 26(a)(1)):   December 16, 2005**

**JOINING PARTIES:**

    For Plaintiffs:        **February 2, 2006**
    For Defendants:    **March 2, 2006**

**AMENDING PLEADINGS:**

    For Plaintiffs:        **February 2, 2006**
    For Defendants:    **March 2, 2006**

**COMPLETING ALL DISCOVERY:        August 2, 2006**

    (a)   **REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:   July 2, 2006**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/6/05

(b) **EXPERT DISCLSOURES (Rule 26(a)(a):**

    (i)    For Plaintiffs:    **June 2, 2006**
            No later than 2 months before close of discovery
    (ii)    For Defendants:    **July 2, 2006**
            No later than 1 month before close of discovery
    (iii) Supplementation under Rule 26(e):
            10 Days after Defendant's disclosure

(c) **DEPOSITION OF EXPERTS:**    **August 2, 2006**

**FILING OF DISPOSITIVE MOTIONS: September 11, 2006 (3 months before trial)**

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3):**

    For Plaintiffs:    **45 days before trial**
    For Defendants:    **30 days before trial**

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last **3** days and is SET for **JURY TRIAL Monday, December 11, 2006, at 9:30 am.**

A joint pretrial order is due on **Friday, December 1, 2006.** In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at least ten days before trial.

Interrogatories, Request for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery, For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are t be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to a trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

**The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery.</u>**

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES
MAGISTRATE JUDGE

Date: December 1, 2005

Approved for Entry:

_/s/ Justin S. Gilbert_

JUSTIN S. GILBERT          17079
MICHAEL L. RUSSELL        20268
Attorneys for Plaintiff

GILBERT & RUSSELL, PLC
2021 Greystone Park
Jackson, Tennessee 38308
731.664.1340 Telephone
731.664.1540 Facsimile

*Stev Gardn by MIP w/permission*
W. STEPHEN GARDNER       6236
Attorney for Defendant

YOUNG & PERL, PLC
2380 One Commerce Square
Memphis, Tennessee 38103
901.525.2761 Telephone
901.526.6983 Facsimile

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01150 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

W. Stephen Gardner
YOUNG & PERL, P.C.
One Commerce Square
Ste. 2380
Memphis, TN 38103

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT